# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MULDER,<br><br>　　Plaintiff<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES;<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>　　Defendants | Case No.: 2:25-cv-01220-APG-MDC<br><br>**Order Sustaining Objection to Magistrate Judge Order**<br><br>[ECF No. 9] |

Ronald Mulder, a naturalized citizen of the United States, filed this action requesting in forma pauperis (IFP) status and seeking a writ of mandamus forcing the defendants to provide him copies of his naturalization documents. ECF No. 1-1.  Magistrate Judge Couvillier granted Mulder's request for IFP status but dismissed the petition seeking the writ because Mulder has an adequate, alternative remedy to obtain his naturalization documents. ECF No. 8.  Mulder objects to Magistrate Judge Couvillier's order only to the extent it dismissed his petition. ECF No. 9.

I have conducted a de novo review of the issues set forth in Judge Couvillier's Order under Local Rule IB 3-2.  Judge Couvillier found that Mulder should be able to obtain his naturalization records by submitting a Form N-565 to the United States Customs and Immigration Service (USCIS). ECF No. 8 at 4-5.[1]  Because the Form N-565 provides Mulder an "other adequate means to attain the relief he desires," he is not entitled to issuance of a writ of mandamus. *In re Ozenne*, 841 F.3d 810, 815 (9th Cir. 2016).  Mulder objects to that finding, claiming that he "has filed both the N-565 form and the I-912 form on multiple occasions

---

[1] Judge Couvillier also pointed out that if Mulder cannot afford to submit the form, he can request a fee waiver using Form I-912. *Id.* at 5.

including an appointment with USCIS at their office." ECF No. 9 at 2. In his Affidavit submitted in support of his Petition, Mulder swears that "[o]n or about July/Aug. 2025, [he] mailed in a Form N-565 to the" USCIS. ECF No. 1-2 at 2. He further swears that "[o]n or about Jan./Mar. 2025, [he] was required to re-submit Form N-565 to USCIS." *Id*. He does not state whether he resubmitted that form. Thus, it appears Mulder has attempted to use the remedy Judge Couvillier points out, to no avail. As such, Mulder should be permitted to proceed with his petition at this stage. I therefore order him to undertake service of process on the defendants.

Because Mulder is suing two United States agencies, he must complete service under Federal Rule of Civil Procedure 4(i)(2). Rule 4(i)(2) provides that to serve a federal agency, the plaintiff "must serve the United States **and** also send a copy of the summons and of the complaint by registered or certified mail to the agency . . . ." To serve the United States, the plaintiff must (A) either (i) deliver a copy of the summons and the complaint to the U.S. Attorney for the District of Nevada, or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States Attorney's Office, **and** (B) send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C. Fed. R. Civ. P. 4(i)(1)(A)–(B). Below I provide instructions for Mulder to complete service through the U.S. Marshals Service.

I THEREFORE ORDER that Judge Couvillier's order (ECF No. 8) is affirmed to the extent it grants Mulder IFP status.

I FURTHER ORDER that Mulder's limited objection to Judge Couvillier's order **(ECF No. 9) is sustained**. The portion of that order dismissing the petition is vacated.

I FURTHER ORDER the clerk of court to detach and separately file Mulder's petition and affidavit (ECF Nos. 1-1, 1-2) as one document.

I FURTHER ORDER the Clerk of Court to issue summonses to the United States Citizenship and Immigration Services and the Department of Homeland Security.

I FURTHER ORDER the Clerk of Court to: (1) deliver a copy of the summonses and four copies of the petition and affidavit (ECF Nos. 1-1, 1-2) to the U.S. Marshal for service; and (2) mail Mulder four blank copies of Form USM-285.  Once Mulder receives the USM-285 form, he must fill in the addresses for (1) the U.S. Attorney for the District of Nevada; (2) the Attorney General of the United States, located in Washington, D.C.; (3) the United States Citizenship and Immigration Services; and (4) the Department of Homeland Security.

I FURTHER ORDER that Mulder must send the completed USM-285 forms back to the U.S. Marshals Service by June 26, 2026.

I FURTHER ORDER that upon receipt of the USM-285 forms, the U.S. Marshals Service will (1) deliver to the U.S. Attorney for the District of Nevada copies of the summonses, petition, and affidavit; and (2) send copies of the summonses, petition, and affidavit by certified or registered mail to (a) the Attorney General in Washington, D.C.; (b) the United States Citizenship and Immigration Services; and (c) the Department of Homeland Security

I FURTHER ORDER that within 21 days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Mulder must file a notice with the court identifying whether all defendants were served.  If Mulder wishes to have

/ / / /

/ / / /

/ / / /

service again attempted on an unserved defendant, he must file a motion with the court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED this 27th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4